UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SONIA CURRIE,

       Plaintiff,

v.                           CASE No. 8:14-CV-1417-T-17TGW

UNIVERSITY OF SOUTH FLORIDA,

       Defendant.

_____

## REPORT AND RECOMMENDATION

THIS CAUSE came on for consideration upon the pro se plaintiff's Motion for Leave to Proceed In Forma Pauperis and Affidavit of Indigency (Doc. 10) pursuant to 28 U.S.C. 1915 seeking a waiver of the filing fee for her complaint against the defendant.

Under 28 U.S.C. 1915(a)(1), the court may authorize the filing of a civil lawsuit without prepayment of fees if the affiant submits an affidavit that includes a statement of all assets showing an inability to pay the filing fee and a statement of the nature of the action which shows that she is entitled to redress. Even if the affiant proves indigency, the case shall be dismissed if the action is frivolous or malicious, or fails to state a claim upon which relief may be granted. 28 U.S.C. 1915(e)(2)(B)(i), (ii).

The plaintiff was advised that her original complaint was procedurally inadequate. Specifically, there was neither "a short and plain statement of the grounds for the court's jurisdiction" nor "a short and plain statement of the claim showing that the [plaintiff] is entitled to relief." Rule 8, Fed.R.Civ.P. The plaintiff's amended complaint is deficient in the same manner.

Consequently, the plaintiff's amended complaint is subject to dismissal. 28 U.S.C. 1915(e)(2)(B)(ii). Furthermore, I cannot perceive of any additional amendment which would permit this suit. Because the plaintiff has already had an opportunity to file an amended complaint, I recommend that this case be dismissed without any further leave to amend.

Respectfully submitted,

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

DATED: NOVEMBER 24, 2014

NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen days from the date

-2-

of its service shall bar an aggrieved party from attacking the factual findings on appeal.  28 U.S.C. 636(b)(1).